**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No. 01-CV-476

Donald J. Kirckof, d/b/a
Rochester Lapidary Jewelers,

Judge John R. Tunheim
Magistrate Judge Susan R. Nelson

Plaintiffs,

v.

**ORDER**

Wayne Brown, individually and
Metrowest Consulting Group,
Defendants.

---

This matter came on before the Court upon a Stipulation of the parties dated August 10, 2001.

Based upon the terms of the Stipulation and all of the files, records and proceedings herein;

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Strike Defendants' Motion to Dismiss dated July 23, 2001, having been withdrawn, is denied.

2. Defendants' Motion to Dismiss dated June 1, 2001, having been withdrawn, is denied without prejudice and without waiver of any of the defenses raised in Defendants' Motion to Dismiss.

BY THE COURT

August 20, 2001

[signature]

The Honorable John R. Tunheim
United States District Court Judge

FILED AUG 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Court File No. 01-CV-476

Donald J. Kirckof, d/b/a
Rochester Lapidary Jewelers,

Plaintiffs,

Judge John R. Tunheim
Magistrate Judge Susan R. Nelson

v.

**STIPULATION**

Wayne Brown, individually and
Metrowest Consulting Group,
Defendants.

The parties, through their respective counsel, enter into this Stipulation with regard to Plaintiffs' Motion to Strike Defendants' Motion to Dismiss. The parties hereby Stipulate and agree as follows:

1. Plaintiffs shall withdraw their Motion to Strike Defendants' Motion to Dismiss dated July 23, 2001.

2. Defendants shall withdraw their Motion to Dismiss dated June 1, 2001. Defendants' withdrawal of their Motion to Dismiss shall be without prejudice and without waiver of any of the defenses raised in the Motion to Dismiss.

3. The Court may enter an order consistent with the terms of this Stipulation.

EDWALL LAW OFFICE

Ricardo Figueroa, #0282224
Attorneys for Plaintiffs
1790 Lexington Avenue
Roseville, MN 55113
Telephone: (651) 489-7371

Dated: August 13, 2001

MEIER, KENNEDY & QUINN, CHARTERED

John C. Gunderson, #210833
Attorneys for Defendants
2200 North Central Life Tower
445 Minnesota Street
St. Paul, Minnesota 55101-2100
Telephone: (651) 228-1911

Dated: August 10, 2001

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500