**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No.: 01-CV-476

Donald J. Kirckof, d/b/a
Rochester Lapidary Jewelers,

Judge John R. Tunheim
Magistrate Judge Susan R. Nelson

Plaintiffs,

v.

**ORDER GRANTING EXTENSION OF TIME FOR DISCLOSURE OF EXPERT WITNESSES**

Wayne Brown, individually and
Metrowest Consulting Group,

Defendants.

---

This matter came before the Court pursuant to the stipulation of the parties for a thirty (30) day extension of expert witnesses. Good cause having been shown, **IT IS HEREBY ORDERED THAT** the Court's Pretrial Scheduling Order is hereby amended to allow Plaintiffs until February 1, 2002 and Defendants until March 1, 2002 to disclose their expert witness reports.

Dated: December 21, 2001

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________