RECEIVED
BY MAIL
MAY 07 2002
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No. 01-CV-476

Donald J. Kirckof, d/b/a
Rochester Lapidary Jewelers,

Plaintiffs,

Judge John R. Tunheim
Magistrate Judge Susan R. Nelson

v.

**STIPULATION FOR AMENDMENT OF SCHEDULING ORDER**

Wayne Brown, individually and
Metrowest Consulting Group,

Defendants.

---

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the Court's Pretrial Scheduling Order may be amended to extend the period for dispositive motions from May 1, 2002, to June 10, 2002.

The parties stipulate and agree that good cause for this extension exists in light of pending mediation scheduled for May 23, 2002.

Dated: ______________________
John C. Gunderson, #210833
Meier, Kennedy & Quinn, Chtd.
2200 North Central Life Tower
445 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 228-1911

Dated: ______________________
Alfred H. Edwall Jr. #166984
Edwall Law Office
Edwall Law Office
70 County Road C West
Little Canada, MN 55117
Telephone: (651) 489-7371

MAY 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No. 01-CV-476

Donald J. Kirckof, d/b/a
Rochester Lapidary Jewelers,

Plaintiffs,

v.

Wayne Brown, individually and
Metrowest Consulting Group,

Defendants.

Judge John R. Tunheim
Magistrate Judge Susan R. Nelson

**ORDER GRANTING AMENDMENT**

---

This matter came before the Court pursuant to the stipulation of the parties for Amendment of the Scheduling Order. Good cause having been shown, IT IS HEREBY ORDERED THAT the Court's Pretrial Scheduling Order is hereby amended to provide that dispositive motions shall be served and filed by June 10, 2002.

Dated: May 21, 2002

BY THE COURT

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED __________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD __________
DEPUTY CLERK __________