/

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No.: 01-CV-476

Donald J. Kirckof, d/b/a
Rochester Lapidary Jewelers,

Judge John R. Tunheim
Magistrate Judge Susan R. Nelson

Plaintiffs,

v.

**ORDER**

Wayne Brown, individually and
Metrowest Consulting Group,

Defendants.

---

This matter came on before the Court pursuant to the Stipulation of the parties. Based upon the Stipulation of the parties, the Court hereby orders that all claims and counterclaims in the above-entitled action are hereby dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: ~~Jan~~. 3, 2003

[signature]
The Honorable Judge John R. Tunheim
United States District Judge

FEB 04 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK